# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America | \| |
| Plaintiff, | \| |
| v. | \| No. EDMO 4:05-CR-0606-JCH |
| Edgar Coronado, | \| |
| Defendant. | \| |

## **ORDER**

Cash Bail in the amount of $10,000.00 was posted in the above-styled matter in the United States District Court-Eastern District of Missouri. These funds were received on behalf of the United States District Court-Western District of Texas, and therefore, the Clerk of the United States District Court-Eastern District of Missouri is hereby ORDERED to forward the funds collected to: Clerk, U.S. District Court-Western District of Texas, San Antonio Division, United States Courthouse, John H. Wood, Jr., 655 E. Durango Blvd., San Antonio, TX 78206.

Dated this 8th day of March, 2006.

**/s/ Jean C. Hamilton**
**UNITED STATES DISTRICT JUDGE**